IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br>TIMOTHY M. OWENS,<br>        Debtor. | Case No. 23-11004<br>Chapter 7 |
| Darcy D. Williamson, Trustee,<br>        Plaintiff, | |
| vs. | Adv. No. |
| U.S. Bank Trust National Association,<br>as Trustee of the Igloo Series V Trust;<br>Timothy M. Owens; and<br>Delphine A. Reyes a/k/a Owens,<br>        Defendants. | |

**COMPLAINT TO (1) AVOID AND PRESERVE LIEN, AND (2) DETERMINE RIGHTS**

The Trustee for her Complaint states:

1. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, 11 U.S.C §§ 544, and 551, and Fed. R. Bank. P. 7001.

2. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A), (E), (K), and/or (O).

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

4. This adversary proceeding is brought in the Chapter 7 bankruptcy of Timothy M. Owens, Case No. 23-11004, pending before the United States Bankruptcy Court for the District of Kansas.

5. The plaintiff consents to entry of a final order or judgment by the Bankruptcy Court.

6. The above referenced bankruptcy case was filed October 11, 2023.

**Parties / Background**

7. Plaintiff, Darcy D. Williamson, Trustee ("Trustee") is the duly appointed, qualified, and acting Trustee. Her business address is 1109 SW Westside Dr., Topeka, KS 66615.

8. Defendant U.S. Bank Trust National Association as Trustee of the Igloo Series V Trust may be served through its agent for service, Paula Oswald, U.S. Bank National Association, 633 W. 5th St., 24th Fl., Los Angeles, CA 90071, with a courtesy copy to at 7114 E. Stetson Dr., Ste. 250, Scottsdale, AZ 85251. See also ¶ 9 below.

9. Defendant Igloo Series V Trust may be served through its Registered Agent U.S. Bank Trust National Association, 1011 Centre Rd., Ste. 203, Wilmington, DE 19805

10. Defendant Timothy Owens ("Owens") is the debtor in the bankruptcy case. His address is 123 Lakeview Dr., Newton, KS 67114. He may be served there.

11. Defendant Delphine A. Reyes ("Reyes") a/k/a Owens is the wife of Timothy M. Owens. Her address is 123 Lakeview Dr., Newton, KS 67114. She may be served there.

12. On or about August 7, 2003, Owens (and perhaps Reyes) entered into a loan obligation with Countryside Home Loans. A mortgage, signed by both Owens and Reyes, was granted to secure such obligation. The mortgage was filed August 13, 2003 and covers real property in Newton, Kansas commonly described as 123 Lakeview Drive.

13. Such property includes a 1995 Elliott Solitare manufactured home, VIN: EHIMOK1495FB.

14. Through various assignments, the mortgage is currently held by defendant U.S. Bank Trust National Association, as Trustee of the Igloo Series V Trust.

## Count I - Avoidance

15. The mortgage referenced above did not perfect a lien in the manufactured home, because such a lien can be perfected only through the Kansas manufactured home titling process, which was not complied with.

16. The Trustee may, therefore, avoid the mortgage, to the extent the same is a security interest in the manufactured home, under 11 U.S.C. §544(a) and preserve the same for the benefit of the estate under 11 U.S.C. § 551.

### Count II – Determine Rights

17. The property at 123 Lakeview Dr., Newton, KS has been claimed exempt by Owens and the Trustee does not contest that claim. Further, Reyes may have a similar claim.

18. The mortgage creates a valid lien in the real estate and non-manufactured home fixtures at 123 Lakeview Dr., Newton, KS, and the Trustee does not contest such.

19. The Court should determine the parties' rights as to the avoided and preserved lien as to the manufactured home. The amount of the avoided lien should, in particular, be determined.

WHEREORE, the Plaintiff Trustee requests an order or orders as set out above, costs, and such other relief as the Court finds just and equitable.

KLENDA AUSTERMAN LLC

s/J. Michael Morris
J. Michael Morris, #09292
301 N. Main St., Ste. 1600
Wichita, KS 67202-4816
Phone: (316) 267-0331
jmmorris@klendalaw.com
Attorney for Darcy D. Williamson, Trustee

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS:** Darcy D. Williamson, Trustee | **DEFENDANTS:** U.S. Bank Trust National Association, as trustee of the Igloo Series V Trust; Timothy M. Owens, Debtor; and Delphine A. Reyes a/k/a Owens |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>1109 SW Westside Dr., Topeka, KS 66615 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>**X** Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  **X** Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Complaint to (1) avoid and preserve lien, and (2) determine rights.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☑ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge -§727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☑ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Timothy M. Owens | BANKRUPTCY CASE NO.<br>23-11004 | | |
| DISTRICT IN WHICH CASE IS PENDING<br>Kansas | DIVISION OFFICE<br>Wichita | NAME OF JUDGE<br>Herren | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE | |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | | |
| DATE<br>3-1-24 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>J. Michael Morris, #09292 | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.