**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TIMOTHY M. OWENS, | ) | Case No.    23-11004 |
| | ) | Chapter    7 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| DARCY D WILLIAMSON, TRUSTEE, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | Adv. Proc. No. 24-5004 |
| U.S. BANK TRUST NATIONAL | ) | |
| ASSOCIATION, AS TRUSTEE OF THE IGLOO | ) | |
| SERIES V TRUST; TIMOTHY M. OWENS; | ) | |
| AND DELPHINE A. REYES A/K/A OWENS | ) | |
| Defendants. | ) | |

<u>**ANSWER OF DEFENDANTS TIMOTHY AND DELPHINE OWENS**</u>

Defendants Timothy and Delphine Owens (the "Owenses"), by and through counsel January Bailey, respond to the Plaintiff's Complaint as follows:

1. Paragraphs 1-6 admit. The Owenses consent to entry of final order or judgment by the Bankruptcy Court.

2. Paragraph 7 admit.

3. Paragraphs 8-9 relate to the other defendant and the Owenses have no response.

4. Paragraphs 10-19 admit.

5. The Owenses state that they would like to ensure that their homestead rights are preserved and that they are able to retain their home. Any avoidance of lien should not result in additional cost for the Owenses.

1

Respectfully Submitted:

PRELLE ERON & BAILEY, P.A.
Attorney for Defendant Owenses

   s/ *January M. Bailey*   
January M. Bailey, #23926
301 N. Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

### CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

By:      *s/ January M. Bailey*   
              January M. Bailey