SO ORDERED.

SIGNED this 13th day of November, 2024.



_____
Mitchell L. Herren
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Timothy M. Owens, | ) | |
| | ) | Case No. 23-11004 |
| Debtor. | ) | Chapter 7 |
| | ) | |
| Darcy D. Williamson, Trustee, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 24-05004 |
| | ) | |
| U.S. Bank Trust National Association, | ) | |
| As Trustee of the Igloo Series V Trust; | ) | |
| Timothy M. Owens; and Delphine A. | ) | |
| Reyes a/k/a Owens, | ) | |
| Defendants. | ) | |

## AGREED ORDER RESOLVING ADVERSARY ACTION AS TO DEFENDANT U.S. BANK N.A. AS TRUSTEE

The above matter is before the Court. The Plaintiff Trustee appears by J. Michael Morris of Klenda Austerman LLC. Defendant U.S. Bank National Association, as Trustee of the Igloo Series V Trust ("U.S. Bank") appears by Michael P. Gaughan of Lewis Rice, LLC. Defendants

2A87326

In Re: Timothy M. Owens, Bankruptcy Case No. 23-11004
Darcy D. Williamson, Trustee vs. U.S. Bank Trust National Association, et al., Adv. Case No. 24-05004
Agreed Order Resolving Adversary Action as to Defendant U.S. Bank N.A. as Trustee
Page 2

Timothy and Delphine Owens ("the Owens") appear by January M. Bailey of Prelle Eron & Bailey, P.A. There are no other appearances. Thereupon, the Court finds:

1. The Complaint is granted as to defendant U.S. Bank, under the terms of this Order.

2. The lien of U.S. Bank in the 1999 Eliott Solitaire manufactured home, VIN: EHIMOK1495FD, located on the property at 123 Lakeview Dr., Newton, Kansas 67114, is avoided pursuant to 11 U.S.C. § 544(a) and preserved for the benefit of the estate pursuant to 11 U.S.C. § 551.

3. Such lien exists under a loan obligation and mortgage between defendant Timothy Owens and Countrywide Home Loans, and now held by defendant U.S. Bank.

4. The value of the U.S. Bank lien as to the manufacturing home, as of the date of the bankruptcy, is $35,904.00. This is the value of the lien, as preserved for the benefit of the estate.

5. The lien of U.S. Bank as to the real estate and other property, excepting the manufactured home, located at 123 Lakeview Dr., Newton, Kansas, will be reduced by a like amount. Within 28 days of the entry of this Order, U.S. Bank will provide the Plaintiff Trustee and the Owens with its calculation of the amount, as of the date of bankruptcy, of such reduced lien. Any and all payments made by the Owens to U.S. Bank since the date of the bankruptcy will be applied to such reduced lien. U.S. Bank will also provide, within such 28 days, to the Plaintiff Trustee and the Owens its calculation of the application of such payments. The Owens may either accept such calculations (as to the amount of the reduced lien and/or the allocation of payments) or seek a determination from the Court as to the amounts.

6. U.S. Bank will be allowed an unsecured claim in the bankruptcy estate for the $35,904.00

7. The Plaintiff Trustee and defendant U.S. Bank will pay their own costs.

In Re: Timothy M. Owens, Bankruptcy Case No. 23-11004
Darcy D. Williamson, Trustee vs. U.S. Bank Trust National Association, et al., Adv. Case No. 24-05004
Agreed Order Resolving Adversary Action as to Defendant U.S. Bank N.A. as Trustee
Page 3

8. A separate order will be entered determining rights between the Plaintiff Trustee and the Owens.

# # #

APPROVED:

KLENDA AUSTERMAN LLC

s/*J. Michael Morris*
J. Michael Morris, #09292
301 N. Main St., Ste. 1600
Wichita, KS 67202-4816
(316) 267-0331
Jmmorris@klendalaw.com
*Attorney for Plaintiff Trustee*


s/*January M. Bailey*
January M. Bailey, # 23926
301 N. Main St., Ste. 2000
Wichita, KS 67202
T: (316) 262-5500
january@eronlaw.net
*Attorney for Debtor/Defendant Timothy M. Owens*
*and Defendant Delphine Reyes*


LEWIS RICE LLC

s/*Michael P. Gaughan*
Michael P. Gaughan, # 70120
10484 Marty St.
Overland Park, KS 66212
T: 913-648-6333
mgaughan@lewisricekc.com
*Attorney for US Bank Trust National Association,*
*As Trustee of the Igloo Series V Trust*