U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
1/16/2025
Hon. Mitchell L. Herren, Presiding

11:00 AM                    STATUS CONFERENCE

Case Information:
    24-05004 Williamson v. U.S. Bank Trust National Association, as Trustee.  Leadcase: 23-11004 Timothy Michael Owens
Judge: MLH   Filed: 03/04/2024     Pln Confirmed:

Appearances:
- X   J. Michael Morris representing Darcy D. Williamson (Plaintiff)
-     Michael P. Gaughan representing U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust (Defendant)
- X   January M Bailey representing Timothy M Owens (Defendant)
- X   January M Bailey representing Delphine A. Reyes a/k/a Owens  (Defendants)

Issue:
- #1   [1] Complaint by J. Michael Morris on behalf of Darcy D. Williamson against U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust, Igloo Series V Trust, Timothy M Owens, Delphine A. Reyes a/k/a Owens. Nature(s) of Suit: (21 (Validity, priority or extent of lien or other interest in property)), (91 (Declaratory judgment)) (Filed 3/4/2024)
- **   Answer to Complaint with Certificate of Service Filed by Timothy M Owens, Delphine A. Reyes a/k/a Owens (#23 filed 4/18/2024)
- **   Response Filed by Defendant U.S. Bank Trust NA, as Trustee of Igloo Series V Trust (#29 filed 5/16/2024).
- >>   Agreed Order Resolving Adversary Action as to Defendant, US Bank NA (#38, filed 11/12/24)

Notes/Decision:

***Continued to a Status Conf on 2/13/25 @ 11:00 a.m. to resolve***.

Courtroom Deputy: Marnie Bourbonnais
ECRO: Sheritha Thompkins

17