IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Timothy Michael Owens

**Case Number** 23-11004 7

**Debtor(s)**

---

Darcy D. Williamson

**Plaintiff(s),**

-vs-   **Adv. No.** 24-5004

Timothy M Owens, Delphine A. Reyes,
U.S. Bank Trust National Association,
as Trustee of Igloo Series V Trust, Igloo
Series V Trust,

**Defendant(s).**

---

## NOTICE OF STATUS CONFERENCE

**NOTICE IS HEREBY GIVEN** that a Status Conference to consider:

**Adversary Complaint With Debtor Answer To Complaint and Response Filed By U.S. Bank Trust NA:**

will be held before the U. S. Bankruptcy Court, on:

**February 13, 2025 @ 11a.m.**

NOTE: See: www.ksb.uscourts.gov > Judges's Corner for Judge Herren's Guidelines for Remote Participation and Attendance.

Dated: January 16, 2025

s/ Mitchell L. Herren
Mitchell L. Herren
U. S. Bankruptcy Judge